```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :

SHERRY A. DUCLOS                    :   BK No. 05-12719
          Debtor                        Chapter 13
- - - - - - - - - - - - - - - - - -x
```

**ORDER**

The Court heard the following matters on an emergency basis on July 7, 2006: (1) The Chapter 13 Trustee's Motion to Convert this case to one under Chapter 7; (2) The Chapter 13 Trustee's Motion to Dismiss; (3) Debtor's Motion to Dismiss; and (4) the Motion of Ameriquest Mortgage Company to approve a settlement agreement. Upon consideration of the arguments, the evidence, and the entire record in this proceeding, it is ORDERED that:

(1) the Order granting the Debtor's motion to avoid the judicial lien of CACV of Colorado LLC (Document #60) is VACATED; (2) the Chapter 13 Trustee's Motion to Dismiss (Document #88) is GRANTED; (3) the Debtor's Motion to avoid the judicial lien of CACV of Colorado LLC (Document #49) is DENIED as moot; (4) The Chapter 13 Trustee's Motion to Convert (Document #98) is DENIED as moot; (5) The Debtor's Motion to Dismiss (Document #101) is DENIED as moot; and (6) Ameriquest's Motion to approve a settlement (Document #91) is DENIED as moot.

Enter judgment consistent with this Order.

Dated at Providence, Rhode Island, this 10th day of July, 2006.

/s/ Arthur N. Votolato

Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 7/11/2006